Case 1:18-cv-03963-ELH Document 19 Filed 06/06/19 Page 1 of 1

Case 1:18-cv-03963-ELH Document 18-1 Filed 06/04/19 Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT HAUGHIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. ELH-18-3963 |
| ) | |
| WEXFORD HEALTH SOURCES, INC., et ) | |
| al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Plaintiff's motion to extend time to respond to the medical defendant's motion to dismiss it is hereby ORDERED, that the motion be GRANTED; it is further ORDERED that plaintiff have until July 6, 2019 to respond to medical defendants motion to dismiss.

Ellen L. Hollander
6/6/19                    Judge